**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Fulcrum Loan Holdings, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-3647041 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3600 Dallas Hwy. Suite 230-148 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Marietta     GA     30064 | |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cobb County | |
| County | Number     Street |
| | |
| | City     State     ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  Fulcrum Loan Holdings, LLC  
Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5313

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____ (MM / DD / YYYY)  Case number _____
-            District _____  When _____ (MM / DD / YYYY)  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes.  Debtor  HIP II, LLC          Relationship  Affiliiate
-            District  Northern District of Georgia    When  06/11/2024  (MM / DD / YYYY)
-            Case number, if known _____

---

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page **2**

Debtor  Fulcrum Loan Holdings, LLC                                    Case number (if known)_____
        Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>Where is the property? _____<br>Number      Street<br>_____<br>_____<br>City                         State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99       ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **3**

Debtor __Fulcrum Loan Holdings, LLC__    Case number (*if known*)_____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/11/2024__
            MM / DD / YYYY

✘ /s/ Ronald S. Leventhal          Ronald S. Leventhal
Signature of authorized representative of debtor    Printed name

Title __CEO of Mgr. of Mng. Mmbr. of S. Mmbr.f Sole Mmbr.__

**18. Signature of attorney**

✘ /s/ Benjamin Keck          Date __06/11/2024__
Signature of attorney for debtor          MM / DD / YYYY

Benjamin Keck
Printed name

Keck Legal, LLC
Firm name

2801 Buford Highway NE Suite 115
Number    Street

Atlanta                     GA      30329
City                        State   ZIP Code

4708266020                  bkeck@kecklegal.com
Contact phone               Email address

943504                      GA
Bar number                  State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor _____Fulcrum Loan Holdings, LLC_____  Case number *(if known)*_____
  First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| Fulcrum Tale, LLC | Northern District of Georgia | 06/11/2024 |
| Strategic Retreat Holdings LLC | Northern District of Georgia | 06/11/2024 |

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Fill in this information to identify the case:

Debtor name __Fulcrum Loan Holdings, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fox Rothschild<br>999 PEACHTREE STREET NE<br>SUITE 1500<br>Atlanta, GA, 30309 | | | | | | 358,000.00 |
| 2 | PFS Group LLC<br>2993 SANDY PLAINS<br>SUITE 225<br>Marietta, GA, 30066 | | | | | | 345,938.08 |
| 3 | Diversified Turf Services LTD<br>109 WESTWOOD DRIVE<br>Rincon, GA, 31326 | | | | | | 109,213.00 |
| 4 | Liberty County Tax Commissioner<br>100 MAIN STREET<br>SUITE 1545<br>HINESVILLE, GA, 31313-3244 | | | | | | 50,237.00 |
| 5 | Trillist Management LLC<br>5887 RIVERBEND CIRCLE<br>Atlanta, GA, 30339 | | | | | | 42,000.00 |
| 6 | EQUIPMENTSHARE<br>PO BOX 650429<br>DALLAS, TX, 75265-0429 | | | | | | 20,318.00 |
| 7 | Burr Forman<br>PO BOX 830719<br>BIRMINGHAM, AL, 35283-0719 | | | | | | 20,252.00 |
| 8 | Propump & Controls, INC<br>610 OLD MOUNT EDEN ROAD<br>Shelbyville, KY, 40065 | | | Disputed<br>Unliquidated<br>Contingent | | | 7,885.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Fulcrum Loan Holdings, LLC  
Name

Case number *(if known)*_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Riverbend Enterprises<br>PO BOX 76<br>Midway, GA, 31320 | | | Disputed<br>Unliquidated<br>Contingent | | | 3,750.00 |
| 10 | Naegeli Deposition and Trial<br>11 SW 5TH AVE<br>SUITE 2020<br>Portland, OR, 97204 | | | | | | 2,596.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Bay Point Capital Partners II LP
3050 PEACHTREE ROAD NW
SUITE 740
Atlanta, GA 30305

Burr Forman
PO BOX 830719
BIRMINGHAM, AL 35283-0719

Diversified Turf Services LTD
109 WESTWOOD DRIVE
Rincon, GA 31326

EQUIPMENTSHARE
PO BOX 650429
DALLAS, TX 75265-0429

Fox Rothschild
999 PEACHTREE STREET NE
SUITE 1500
Atlanta, GA 30309

Hampton Island Club
3600 DALLAS HWY
SUITE 230-148
Marietta, GA 30064

Liberty County Tax Commissioner
100 MAIN STREET
SUITE 1545
HINESVILLE, GA 31313-3244

Naegeli Deposition and Trial
11 SW 5TH AVE
SUITE 2020
Portland, OR 97204

PFS Group LLC
2993 SANDY PLAINS
SUITE 225
Marietta, GA 30066

Propump & Controls, INC
610 OLD MOUNT EDEN ROAD
Shelbyville, KY 40065

Riverbend Enterprises
PO BOX 76
Midway, GA 31320

Trillist Management LLC
5887 RIVERBEND CIRCLE
Atlanta, GA 30339

United States Bankruptcy Court

Northern District of Georgia

In re: Fulcrum Loan Holdings, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/11/2024

/s/ Ronald S. Leventhal
Signature of Individual signing on behalf of debtor

CEO of Mgr. of Mng. Mmbr. of S. Mmbr.f
Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**                                                          Case No._____

Fulcrum Loan Holdings, LLC

_____ Chapter   11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Hampton Island Preserve, LLC , | 100 | |