IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-56114-pwb |
| | ) | |
| Fulcrum Loan Holdings, LLC, *et al.*[1], | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | [Jointly Administered] |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), John K. Rezac of the law firm of Taylor English Duma, LLP hereby enters his appearance as counsel for Taylor English Duma, LLP, and further requests service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). The undersigned counsel hereby puts all parties in interest on notice that he requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or

---

[1] The Debtors in these jointly-administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fulcrum Loan Holdings, LLC (7401), Fulcrum Tale LLC (2038), Strategic Retreat Holdings, LLC (2894), HIP II, LLC (0611), and JARBAI, LLC (1447).

telephone correspondence to the undersigned counsel at the following address or telephone number:

> John K. Rezac
> Taylor English Duma LLP
> 1600 Parkwood Circle, Suite 200
> Atlanta, GA  30339
> Direct: 678.336.7195
> Main: 770.434.6868
> Fax: 770.434.7376
> jrezac@taylorenglish.com

Submitted, July 19, 2024.

> TAYLOR ENGLISH DUMA LLP
>
> */s/ John K. Rezac*
> John K. Rezac
> Georgia Bar No. 601935
> 1600 Parkwood Circle, Suite 200
> Atlanta, Georgia  30339
> Tel: 770.434.6868
> Fax: 770.434.7376
> jrezac@taylorenglish.com
> *Attorney for Taylor English Duma LLP*

{02826178-1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES with the Clerk of Court in the Bankruptcy Case captioned above using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record, and have served a copy of the foregoing by email as indicated to the following persons:

Benjamin R Keck
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329
bkeck@kecklegal.com

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
Alan.Hinderleider@usdoj.gov

Francesca Macchiaverna
Hunter, Maclean, Exley & Dunn, P.C.
P.O. Box 9848
Savannah, GA 31412
fmacchiaverna@huntermaclean.com

Austin B. Alexander
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
austin.alexander@thompsonhine.com

John C. Allerding
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
john.allerding@thompsonhine.com

July 19, 2024.

{02826178-1 }

3

TAYLOR ENGLISH DUMA LLP

*/s/ John K. Rezac*
John K. Rezac
Georgia Bar No. 601935
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
Tel: 770.434.6868
Fax: 770.434.7376
jrezac@taylorenglish.com
*Attorney for Taylor English Duma LLP*

{02826178-1 }

4