# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FULCRUM LOAN HOLDINGS, LLC,** *et al.*[1] | **Case No. 24-56114-pwb** |
| **Debtors.** | **(Jointly Administered)** |

## DECLARATION OF BILL MADSON

I, Bill Madson, hereby make this declaration (the "Declaration") pursuant to 18 U.S.C. § 1746 and state that the following is true to the best of my knowledge, information, and belief:

1.      I have personal knowledge of the facts set forth in this Declaration. I am over the age of eighteen (18) years old. If called as a witness, I can competently testify to the matters set forth herein.

2.      I am the founder of Clifton Property Trust, LLC, a commercial real estate investment firm with offices in Atlanta, Georgia and Asheville, North Carolina.

3.      CPT has worked as a consultant on behalf of Bay Point Capital Partners II, LP ("Bay Point") on several matters involving real estate analysis, due diligence, and operations, including the loans made by Bay Point to the Debtors.

4.      As part of my consulting responsibilities, I visited the Debtors' properties (collectively, the "Property") on June 26, 2024 and viewed the condition thereof. On that date, I was accompanied by Scott Duncan of Bay Point. We were shown the Property by Reese Freisberg of Diversified Turf Services, a vendor that services the Property.

---

[1] The Debtors in these jointly-administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Fulcrum Loan Holdings, LLC (7401), Fulcrum Tale LLC (2038), Strategic Retreat Holdings, LLC (2894), HIP II, LLC (0611), and JARBAI (1447) (collectively, the "Debtors").

5.      During this visit to the Property, I found certain areas of the Property in disrepair.

a.      It observed that the golf course greens were in disrepair and did not appear to have been watered in some time.  As a whole, the golf course was entirely unplayable. I viewed that the water pump that was used to water the greens was broken and inoperable. As a result of the lack of water to the golf course, the grass on the golf course had died and the entire golf course likely needs inspection and repair work completed by a golf course contractor.

b.      I observed that there was significant tree overgrowth along the golf course tee boxes and fairways.

c.      I observed that the former golf pro shop had not been maintained and had significant overgrowth from shrubs and bushes. I took a picture of the golf pro shop and the shrub and brush overgrowth, a true and accurate copy of which is attached hereto as Exhibit A-1, during my visit to the Property.

d.      I observed that the roads at the Property have not been properly maintained and/or do not drain properly. Specifically, there was pooled water on the roads that prevented access to various parts of the Property.

e.      I observed several HVAC units that had been left on the ground to rust at the Property. I took a picture of some of the rusting HVAC units, a true and accurate copy of which is attached hereto as Exhibit A-2.

f.      I observed a field at the Property with blue drums scattered throughout. Upon inspection, I observed that the blue drums were being used as targets and had been shot with some kind of significant weaponry.

g.      I observed unfinished and unsecured residences on the Property that had not been maintained and were deteriorating as a result of exposure to the elements. In addition, these

Docusign Envelope ID: 75BC45EE-6251-404E-B385-EED29469D42C

Case 24-56114-pwb    Doc 95-1    Filed 11/14/24    Entered 11/14/24 14:53:37    Desc
Exhibit A - Declaration of Bill Madson    Page 4 of 11

unfinished and unsecured residences were experiencing tree and shrub overgrowth. I took a picture of one of the unfinished and unsecured residences, a true and accurate copy of which is attached hereto as <u>Exhibit A-3</u>.

*[Remainder of Page Intentionally Left Blank]*
*[Execution Page to Follow]*

Docusign Envelope ID: 75BC45EE-6251-404E-B385-FED26469D42C

Case 24-56114-pwb    Doc 95-1    Filed 11/14/24    Entered 11/14/24 14:53:37    Desc
Exhibit A - Declaration of Bill Madson    Page 5 of 11

I hereby declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed his 13th day of November 2024.

Signed by:

AB0B39A7EAF94FE...

Bill Madson

4

Docusign Envelope ID: 75BC45EE-6251-404E-B385-EED29469D42C

Case 24-56114-pwb    Doc 95-1    Filed 11/14/24    Entered 11/14/24 14:53:37    Desc
Exhibit A - Declaration of Bill Madson    Page 6 of 11

# Exhibit A-1



Former Golf Course Pro Shop

Docusign Envelope ID: 75BC45EE-6251-404E-B385-FED29469D42C

Case 24-56114-pwb    Doc 95-1    Filed 11/14/24    Entered 11/14/24 14:53:37    Desc
Exhibit A - Declaration of Bill Madson    Page 8 of 11

# __Exhibit A-2__

Docusign Envelope ID: 75BC45EE-6251-404E-B385-FED20469D42C

Case 24-56114-pwb    Doc 95-1    Filed 11/14/24    Entered 11/14/24 14:53:37    Desc
Exhibit A - Declaration of Bill Madson    Page 9 of 11



Old HVAC units on the ground outside residences.

Docusign Envelope ID: 75BC45EE-6251-404E-B385-FED20469D42C

Case 24-56114-pwb    Doc 95-1    Filed 11/14/24    Entered 11/14/24 14:53:37    Desc
Exhibit A - Declaration of Bill Madson    Page 10 of 11

# <u>Exhibit A-3</u>



Unfinished and unsecured residences on site.