# **Exhibit B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| In re:<br><br>**FULCRUM LOAN HOLDINGS, LLC,** *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-56114-pwb<br>(Jointly Administered) |

**DECLARATION OF GREG JACOBS**

I, Greg Jacobs, hereby make this declaration (the "Declaration") pursuant to 18 U.S.C. § 1746 and state that the following is true to the best of my knowledge, information, and belief:

1. I have personal knowledge of the facts set forth in this Declaration. I am over the age of eighteen (18) years old. If called as a witness, I can competently testify to the matters set forth herein.

2. I am the Chief Operating Officer at Bay Point Advisors, LLC, which is the General Partner of Bay Point Capital Partners II, LP ("Bay Point").

3. In the course of my day-to-day duties with Bay Point, I am familiar with and have access to the business records of Bay Point – including the loan documents related to the loans extended by Bay Point to Debtors.

4. Bay Point first became involved with one or more of the Debtors in 2017, when Bay Point made its first loan associated with the Debtors' bankruptcy cases (collectively, the "Bankruptcy Cases").

---

[1] The Debtors in these jointly-administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Fulcrum Loan Holdings, LLC (7401), Fulcrum Tale LLC (2038), Strategic Retreat Holdings, LLC (2894), HIP II, LLC (0611), and JARBAI (1447) (collectively, the "Debtors").

1

5. Since Bay Point made the loan referenced in paragraph 4 above, Bay Point has been in regular contact with the Debtors' ultimate principal – Ron Leventhal ("Leventhal") – discussing various exit options so that the Debtors can ultimately pay off the debts owed to Bay Point.

6. To that end, Bay Point made numerous additional loans and entered into at least two forbearance agreements (the "Forbearance Agreements") with the Debtors.

7. During the 7 years that Bay Point has been involved with the Debtors, the Debtors assets have been marketed for sale and they have further sought various refinancing options. I am not aware of any refinancing offers received by the Debtors that would pay Bay Point in full.

8. Bay Point and the Debtors previously discussed a sale process that would have resulted in the assets being sold by Thanksgiving. These discussions did not result in an agreement.

9. As part of the Forbearance Agreements, Debtors acknowledged the amount and validity of Bay Point's debt.

*[Remainder of Page Intentionally Left Blank]*
*[Execution Page to Follow]*

2

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed his 14th day of November 2024.

*Greg Jacobs*
—0A4A363FB3B94D9...
Greg Jacobs

3