## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, on this day, electronically filed the foregoing with the Clerk of Court via the CM/ECF system which will provide notification of such filing to all counsel of record registered to receive the Court's ECF notifications.

I hereby further certify that I have, on this day, also caused the foregoing to be served upon the Debtors and upon each of the parties identified on each Debtors' list of their respective largest 20 creditors via First Class U.S. Mail, postage prepaid.

This 14th day of November 2024.

*/s/ John C. Allerding*
John C. Allerding
Georgia Bar No. 952436