

**IT IS ORDERED as set forth below:**

Date: December 23, 2024

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: | CASE NO. 24−56114−PWB |
| FULCRUM LOAN HOLDINGS, LLC, *et al.*,[1] | CHAPTER 11 |
| Debtors. | Jointly Administered |

**ORDER DENYING BAY POINT CAPITAL PARTNERS II, LP'S**
**MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

This matter is before the Court on the Motion of Bay Point Capital Partners II, LP ("**Bay Point**") for the Appointment of a Chapter 11 Trustee [Doc. 95] (the "**Motion**"). The Debtors filed a Response to the Motion [Doc. 111] (the "**Objection**"). The Court held an evidentiary hearing on the Motion on December 17, 2024 (the **Hearing**"). Appearing at the Hearing were Benjamin Keck

---

[1] The Debtors in these jointly-administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fulcrum Loan Holdings, LLC (7401), Fulcrum Tale LLC (2038), Strategic Retreat Holdings, LLC (2894), HIP II, LLC (0611), and JARBAI, LLC (1447)

and F. Beau Howard on behalf of the Debtors, John Allerding, Austin Alexander, and Garrett Nail on behalf of Bay Point, Steven Hall and Timothy Colletti on behalf of Wayne Lyle and Charles Cary, and Alan Hinderleider on behalf of the United States Trustee. During the hearing, the Court considered a number of exhibits submitted by the parties, observed the testimony of the witnesses presented, heard arguments of counsel, and was able to make factual findings and conclusions of law, which were announced on the record at the end of the Hearing.

The Court has considered the Motion, the Objection, arguments of counsel, all testimony, and documents properly admitted into evidence at the Hearing,  and finds that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; that venue of this case and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; that the relief sought in the Motion is in not the best interests of the Debtors, their estates, or their creditors; and that good and sufficient cause does not exist for the relief requested in the Motion. Accordingly, for the reasons stated on the record at the conclusion of the Hearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED.

2. The Debtors shall continue to operate as debtors-in-possession under the provisions of Chapter 11 of the Bankruptcy Code.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

### END OF ORDER ###

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
*Counsel for the Debtors*


**Distribution List**

Benjamin R. Keck
KECK LEGAL, LLC
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329

Office of the United States Trustee
c/o Alan Hinderleider
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 303033