

**IT IS ORDERED as set forth below:**

**Date: November 13, 2025**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>FULCRUM LOAN HOLDINGS, LLC, et al.,<br><br>Debtors. | CASE NO. 24-56114-PWB<br>Jointly Administered<br><br>CHAPTER 11 |

## ORDER

Bay Point Capital Partners II, LP ("Bay Point") has filed an "Emergency Motion for Entry of Amended or Corrected Order" [356] requesting an amendment to the Court's "Order on Bay Point Capital Partners II, LP's Motion To Estimate Disputed Secured Claim for Purposes of Credit Bidding." [354].

The Court notes that Bay Point in its proposed order makes one change to language that was in the proposed orders submitted to the Court by Bay Point and Wayne Lyle and Charles Cary.

No notice or hearing on the Emergency Motion is necessary for the Court to state its ruling with regard to Bay Point's credit bidding.  For the avoidance of doubt, and consistent with the existing order and the Court's ruling at the hearing, the Court amends its order to provide that Bay Point may credit bid in accordance with the provisions of the existing order on lots offered for sale as follows: All HIP II property; All Fulcrum Tale property; All Jarbai property; and All Strategic Retreat Holdings Property.

**END OF ORDER**

**Distribution List**

Benjamin R Keck
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

John Christopher Allerding
Thompson Hine LLP
Suite 1600
3560 Lenox Road NE
Atlanta, GA 30326

Steven G. Hall
Baker Donelson
Suite 1600, Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326

Ronald S. Leventhal
3600 Dallas Hwy, Suite 230
Marietta, Georgia 30064