IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | CASE NO. 24−56114−PWB |
| FULCRUM LOAN HOLDINGS, LLC, *et al.*, | CHAPTER 11 |
| Debtors.[1] | Jointly Administered |

### NOTICE OF PROPOSED SALE, SALE OBJECTION DEADLINE, AND SALE CONFIRMATION HEARING

PLEASE TAKE NOTICE THAT on October 3, 2025, the Court entered its *Findings of Fact, Conclusions of Law, and Order (I) Confirming Bay Point Capital Partners II, LP's Third Amended Plan of Liquidation with Respect to Debtor HIP II, LLC; (II) Confirming Bay Point Capital Partners II, LP's Third Amended Plan of Liquidation with Respect to Debtor Fulcrum Tale, LLC; (III) Confirming Bay Point Capital Partners II, LP's Third Amended Plan of Liquidation with Respect to Debtor Jarbai, LLC;(IV) Confirming Bay Point Capital Partners II, LP's Fourth [sic][2] Amended Plan of Liquidation with Respect to Debtor Strategic Retreat Holdings, LLC; (V) Confirming Bay Point Capital Partners II, LP's Fourth Amended Plan of Liquidation with Respect to Debtor Fulcrum Loan Holdings, LLC and (VI) Granting Related Relief* [Doc. 293] (the "**Confirmation Order**").

---

[1] The debtors in these jointly administered Chapter 11 cases along with the last four digits of each debtor's federal tax identification number are: Fulcrum Loan Holdings, LLC ("**Fulcrum Loan Holdings**") (7401), Fulcrum Tale, LLC ("**Fulcrum Tale**") (2038), Strategic Retreat Holdings, LLC (2894) ("**Strategic Retreat**"), HIP II, LLC (0611) ("**HIP II**"), and JARBAI, LLC (1447) ("**JARBAI**").

[2] The final Strategic Retreat Holdings, LLC plan was *Bay Point Capital Partners II, LP's Third Amended Plan of Liquidation with Respect to Debtor Strategic Retreat Holdings, LLC* [Doc. 291].

PLEASE TAKE FURTHER NOTICE THAT, beginning on November 12, 2025, pursuant to the terms of the Confirmation Order and the Confirmed Plans,[3] the Debtors' Properties[4] were offered of sale through an Auction[5] conducted by Concierge Auctions, LLC (the "**Auctioneer**").[6]

[*Remainder of page intentionally left blank*]

---

[3] *Bay Point Capital Partners II, LP's Third Amended Plan of Liquidation with Respect to Debtor HIP II, LLC* [Doc. No. 288]; *Confirming Bay Point Capital Partners II, LP's Third Amended Plan of Liquidation with Respect to Debtor Fulcrum Tale, LLC* [Doc. 289]; *Confirming Bay Point Capital Partners II, LP's Third Amended Plan of Liquidation with Respect to Debtor JARBAI, LLC* [Doc. 290]; *Confirming Bay Point Capital Partners II, LP's Third Amended Plan of Liquidation with Respect to Debtor Strategic Retreat Holdings, LLC* [Doc. 291]; *Confirming Bay Point Capital Partners II, LP's Fourth Amended Plan of Liquidation with Respect to Debtor Fulcrum Loan Holdings, LLC* [Doc. 292] (collectively, the "**Confirmed Plans**").

[4] As used herein, the term "**Properties**" shall mean, collectively, each of the Properties (as that term is used in each of the Confirmed Plans), each being a "**Property**."

[5] Capitalized terms not otherwise defined herein shall have the same meanings as are ascribed to such terms in the Confirmed Plans.

[6] As set forth in the Confirmed Plans, the Properties belonging to JARBAI were not offered for sale as part of the Auction until November 13, 2025. There were no bids entered for the auction lot that included only the Properties of HIP II, Fulcrum Tale, LLC, Strategic Retreat, and Fulcrum Loan Holdings.

PLEASE TAKE FURTHER NOTICE THAT, on November 14, 2025, the Auctioneer closed the Auction and announced the following Winning Bids with respect to each of the Auction Lots:

| Auction Lot | Winning/Highest Bid | Winning Bidder | Backup Bidder |
|---|---|---|---|
| All Debtors' Properties | Highest Bid: $4,700,000<br>2nd Highest Bid: $4,600,000 | None. Auction Lot closed without a Winning Bid. | None. |
| All HIP II Properties | Winning Bid: $1,800,000<br>Backup Bid: None | Bay Point Capital Partners II, LP | None |
| All Fulcrum Tale Properties | Winning Bid: $2,100,000<br>Backup Bid: 2,025,000 | Bay Point Capital Partners II, LP | Scott Leventhal |
| All JARBAI Properties | Winning Bid: $1,800,000<br>Backup Bid: $1,750,000 | Bay Point Capital Partners II, LP | Scott Leventhal |
| All Strategic Retreat Properties | Winning Bid: $1,800,000<br>Backup Bid: $1,750,000 | Bay Point Capital Partners II, LP | Scott Leventhal |
| All Fulcrum Loan Holdings Properties | Winning Bid: $3,950,000<br>Backup Bid: $3,900,000 | Bay Point Capital Partners II, LP | Scott Leventhal |

PLEASE TAKE FURTHER NOTICE THAT the Bankruptcy Court will hold a Sale Confirmation Hearing on **November 20, 2025 at 11:00 a.m. (Eastern)** before the Honorable Paul W. Bonapfel, United States Bankruptcy Judge, **in Courtroom 1401 of the United States Bankruptcy Court for the Northern District of Georgia, United States Courthouse, 75 Ted Turner Drive SW, Atlanta Georgia 30303** to consider entry of a Sale Confirmation Order with respect to the Proposed Sales under each of the Confirmed Plans.

3

PLEASE TAKE FURTHER NOTICE THAT that your rights may be affected by the Bankruptcy Court's decision at the Sale Confirmation Hearing. You should read the Confirmation Order and the Confirmed Plans carefully and discuss them with your attorney, if you have one in these Bankruptcy Cases.

PLEASE TAKE FURTHER NOTICE THAT any person seeking to object to the Proposed Sales must file an objection with the Bankruptcy Court via the Bankruptcy Court's Electronic Case Filing System or in writing by mailing the same to the Clerk of Courts for the United States Bankruptcy Court at United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303, in either case such that the objection is received by the Clerk or entered into the ECF System on or before **November 18, 2025** and immediately serve a copy of the same by email or overnight mail on the Debtor (through the Plan Administrator at mglade@glassratner.com), counsel to the Plan Proponent (John.Allerding@ThompsonHine.com, Austin.Alexander@ThompsonHine.com, and John@JFI-Law.com), counsel for Lyle & Cary (mduedall@bakerdonelson.com and shall@bakerdonelson.com), Ronald S. Leventhal (rsl@tivoli-properties.com and dmcmanus@hamptonisland.com), Scott Leventhal (sll@trillist.com), James W. Freeman (jwfreeman@me.com), Ricky Novak (rbnovak@me.com), counsel for the United States Trustee (alan.hinderleider@usdoj.gov), Benjamin Keck (bkeck@kecklegal.com), Beau Howard (fbhoward@foxrothschild.com), Concierge Auctions, LLC (chad.roffers@conciergeauctions.com, nking@capobiancolaw.com, and acopobianco@acopobiancolaw.com), and Chase Mizell (chasemizell@gmail.com. If you file an objection, you must attach a certificate stating when, how, and on whom (including addresses) you served the objection.

Dated: November 17, 2025               **KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
AnnaClaire Bowman Ga Bar No. 915184
2801 Buford Hwy NE, Suite 115
Atlanta, GA  30329
(470) 826-6020
bkeck@kecklegal.com
abowman@kecklegal.com
*Counsel for the Debtor*